FILED

MAR 3 2016

CLERK
U.S DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR.NO. 1:16cr87-WKW |
| v. ) | |
| ) | [18 USC 922(g)(1)] |
| STEVEN JOSHUA DINKLE ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

From on or about May 1, 2015, and continuing until August 1, 2015, in Dale County, within the Middle District of Alabama, the defendant,

STEVEN JOSHUA DINKLE,

having been previously convicted in a court of a crime punishable by imprisonment for a term in excess of one year, to-wit: Conspiracy against Rights; Criminal Interference with the Right to Fair Housing; Obstruction of Justice - Misleading Conduct; Obstruction of Justice - False Statement to a Federal Agent (1:13cr284-WKW) in the United States District Court for the Middle District of Alabama, did knowingly possess a firearm, in and affecting commerce, that is a Taurus, model PT 732, .32 caliber pistol, a better description of which is unknown, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

1

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

*Susan R. Redmond* (signature)
SUSAN R. REDMOND
Assistant United States Attorney