# United States District Court

for

## Middle District of Alabama

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Steven Joshua Dinkle                              Case Number:  1:16cr087-WKW

Name of Sentencing Judicial Officer:   The Honorable W. Keith Watkins, U.S. District Judge

Date of Original Sentence:  June 30, 2016

Original Offense:  Felon in Possession of a Firearm, U.S.C. 18:922(g)(1)

Original Sentence:  15 months custody followed by a 3 year term of supervised release

Type of Supervision:  Supervised Release           Date Supervision Commenced:  September 30, 2020

Assistant U.S. Attorney:   Verne H. Speirs          Defense Attorney:   George Blanchet Bulls, II

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

| Violation Number | Nature of Noncompliance |
|---|---|
| **1--Mandatory Condition: "The defendant shall not commit another federal, state or local crime."** | On February 3, 2021, Dinkle was arrested and charged with Driving Under the Influence (alcohol) in Houston County, Alabama. |
| **2--Standard Condition No. 3: "The defendant shall follow the instructions of the probation officer."** | On February 4, 2021, the probation officer met with Dinkle at the Houston County, Alabama, jail, following his arrest for Driving Under the Influence.  Dinkle was instructed to submit to a drug test; however, he claimed he could not produce a urine sample at that moment.  Dinkle was then instructed to report to the probation office immediately upon his release from jail, to discuss his new arrest and to take a drug test; however, he failed to report as instructed.  It is noted Dinkle also failed to respond to phone calls and text messages left for him by the probation officer. |

The Honorable W. Keith Watkins, U.S. District Judge
February 10, 2021
Page 2

**RE: Dinkle, Steven Joshua**
    **Dkt. # 1:16cr087-WKW**
    **PROB 12C**

| | |
|---|---|
| **3—Standard Condition No. 6: "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment"** | Dinkle's current whereabout are unknown to the probation officer and his family. Dinkle failed to contact the probation officer as instructed. Dinkle's parents advised the probation officer that Dinkle has not stayed at their residence since February 2, 2021. Dinkle is required to reside at this residence as it is registered with state and local law enforcement for SORNA compliance. |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

    Click here to enter text.

                           I declare under penalty of perjury that the foregoing is true and correct.

                           Executed on 2/10/2021

                           by   /s/ Chris Robertson
                                 United States Probation Officer
                         Date: February 10, 2021

Reviewed and approved by:   /s/ Ellen S. Traywick
                                Supervisory U.S. Probation Officer

**RE: Dinkle, Steven Joshua**
   **Dkt. # 1:16cr087-WKW**
   <u>**PROB 12C**</u>

---

THE COURT ORDERS:

☐ No Action

☐ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

/s/ _____

_____
Date