AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

### Middle District of Alabama

UNITED STATES OF AMERICA )

v. )

STEVEN JOSHUA DINKLE )

## JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)

(WO)

Case No. 1:16cr87-WKW-01

USM No. 17809-043

Stephen Ganter
_____
Defendant's Attorney

**THE DEFENDANT: ***PLED NO CONTEST to COUNTS 1-4 of the Petition****

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:
    ***VIOLATION #5 DISMISSED on GOVERNMENT'S MOTION****

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant committed another federal, state or local crime | 02/03/2021 |
| 2 | Defendant failed to follow the instructions of the USPO | 02/04/2021 |
| 3 | Defendant failed to notify the USPO at least 10 days prior to change in residence or employment | 02/10/2021 |

    The defendant is sentenced as provided in pages 2 through __3__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __1400__

Defendant's Year of Birth: __1985__

City and State of Defendant's Residence:
Ozark, AL

05/19/2021
_____
Date of Imposition of Judgment

/s/ W. Keith Watkins
_____
Signature of Judge

W. KEITH WATKINS, U.S. District Judge
_____
Name and Title of Judge

05/21/2021
_____
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page   2   of   3

DEFENDANT:  STEVEN JOSHUA DINKLE
CASE NUMBER:  1:16cr87-WKW-01

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Defendant committed another federal, state or local crime | 04/07/2021 |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT:  STEVEN JOSHUA DINKLE
CASE NUMBER:  1:16cr87-WKW-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Twenty Four (24) Months. TERM of Supervised Release imposed on   June 30, 2016 is REVOKED

☑   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends defendant be housed in Protective Custody with the Department of BOP.   The Court further recommends that defendant be designated to a facility where he can receive mental health treatment.

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at   _____   ☐ a.m.   ☐ p.m.   on   _____   .

☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on   _____   .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on   _____   to   _____

at   _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL